**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>Aimee Robert Belanger</u>

    v.                                                    Civil No. 15-cv-200-LM

<u>Carolyn W. Colvin, Acting Commissioner,
U.S. Social Security Commission</u>

**REPORT AND RECOMMENDATION**

On June 2, 2015, the plaintiff Aimee Robert Belanger filed a complaint against the Acting Commissioner of the Social Security Administration appealing a final administrative decision denying her claim for benefits.  The court granted the plaintiff's motion to proceed in forma pauperis on June 26, 2015.  On October 1, 2015, the court directed the Plaintiff by October 13, 2015, "to show cause why this case should not be dismissed for failure to comply with Federal Rule of Civil Procedure 4."  As of the date of this report and recommendation, the plaintiff has not responded to the court's show cause order.

For the foregoing reasons, the court recommends that the district judge dismiss this case without prejudice for failure to comply with Federal Rule of Civil Procedure 4.  Any objections to this report and recommendation must be filed within fourteen days of receipt of this notice.  <u>See</u> Fed. R.

Civ. P. 72(b)(2).  Failure to file objections within the specified time waives the right to appeal the district court's order.  See United States v. De Jesús-Viera, 655 F.3d 52, 57 (1st Cir. 2011); Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (only issues fairly raised by objections to magistrate judge's report are subject to review by district court; issues not preserved by such objection are precluded on appeal).

                                              _____
                                              Andrea K. Johnstone
                                              United States Magistrate Judge

October 21, 2015

cc:  Stephan Parks, Esq.