```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF NEW HAMPSHIRE
```

Aimee Robert Belanger

v.                                       Civil No. 15-cv-200-LM

Carolyn W. Colvin, Acting Commissioner,
U.S. Social Security Administration


                          O R D E R


     No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated October 21, 2015, for the reasons set forth therein.  "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

     This case is hereby dismissed without prejudice for failure to comply with Federal Rule of Civil Procedure 4.

SO ORDERED.

_____
Landya B. McCafferty
United States District Judge

Date: November 17, 2015

cc: Stephan Parks, Esq.